IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                 Plaintiff,

  v.

REAL PROPERTY LOCATED AT
7199 GRANT ROAD, ARPIN,
WOOD COUNTY, WISCONSIN,

                 Defendant.

ORDER

05-cv-731-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Court of Appeals for the Seventh Circuit has issued a remand directing that counsel be appointed to represent Allen L. Oleson in this civil forfeiture action.

Therefore, IT IS ORDERED that the federal defender appoint counsel to represent Mr. Oleson in this action. Once counsel is appointed, this case shall be set on a for a scheduling conference before United States Magistrate Stephen L. Crocker.

Entered this 14th day of February, 2008.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge

1