IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT 7199 GRANT
ROAD, ARPIN, WOOD COUNTY, WISCONSIN,

    Defendant.

ORDER

05-cv-731-bbc

---

Pursuant to 18 U.S.C. § 983(b)(2)(A), claimant Allen L. Oleson has requested appointment of counsel in this forfeiture case and has established indigency. Therefore, it is ORDERED that Attorney Gregory Dutch is ordered by the court to represent the claimant in these forfeiture proceedings.

Entered this 15th day of April, 2008.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge