IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT
7199 GRANT ROAD, ARPIN, WOOD
COUNTY, WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 05-cv-731-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment of forfeiture is entered in favor of plaintiff United State of America against defendant Real Property located at 7199 Grant Road, Arpin, Wood County, Wisconsin, with all appurtenances and improvements thereon.

By: _L. Jensen, Deputy Clerk_
    Joel W. Turner, Acting Clerk

AUG - 7 2008
Date