IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

REAL PROPERTY LOCATED AT 7199
GRANT ROAD, ARPIN, WOOD COUNTY,
WISCONSIN, WITH ALL APPURTENCES
AND IMPROVEMENTS THEREON,

           Defendant.

ORDER

05-cv-731-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Allen Oleson by his attorney, Gregory Dutch, has moved the court for a stay of the court's order granting summary judgment and denying his Franks motion. Although Mr. Dutch was relieved of his obligation to continue to represent claimant Oleson in an order entered by the United States Magistrate Judge on August 7, 2008, I will assume that claimant approves the request for a stay of judgment.

The motion is GRANTED and the judgment is stayed until August 14, 2008, the time

1

necessary to appoint new counsel for claimant Oleson.

Entered this 13th day of August, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge