IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                            ORDER

                Plaintiff,

                                            05-cv-731-bbc

      v.

REAL PROPERTY LOCATED AT
7199 GRANT ROAD, ARPIN,
WOOD COUNTY, WISCONSIN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Attorney Gregory N. Dutch has filed a motion for attorney fees, including a breakdown of fees and costs associated with his representation of claimant Allen Oleson in this case. From my review of the motion, I am satisfied that the amount requested is fair and reasonable. Therefore, It IS ORDERED that judgment is entered in favor of Gregory N. Dutch against the United States in the amount of $4,493.93.

      Entered this 17th day of December, 2008.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge