IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                        ORDER

            Plaintiff,

                                              05-cv-731-bbc

    v.

REAL PROPERTY LOCATED AT
7199 GRANT ROAD, ARPIN,
WOOD COUNTY, WISCONSIN,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Attorney Patrick Stangl has filed a motion for attorney fees, including a breakdown of fees and costs associated with his representation of claimant Allen Oleson in this case from August 20, 2008 through October 1, 2008.  From my review of the motion, I am satisfied that the amount requested is fair and reasonable.  Therefore, It IS ORDERED that judgment is entered in favor of Patrick Stangl against the United States in the amount of $1,200.00.

      Entered this 12th day of February, 2009.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge